■ DAVID W. JONES, Appellant, v ERIE INSURANCE COMPANY, Respondent. [834 NYS2d 918]—Appeal from an order of the Supreme Court, Onondaga County (Thomas J. Murphy, J.), entered December 15, 2005 in a breach of contract action. The order denied plaintiff's motion to set aside the jury verdict.

It is hereby ordered that the order so appealed from be and

the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Gorski, Fahey, Peradotto and Green, JJ.